UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAYLOR LENNERT, MACKENZIE LENNERT,
ADAM TUCKER, STEPHANIE WETZEL, RYEN
SEYFRIED, and CHRISTINE MCCONNELL, *on
behalf of themselves and all others similarly situated*,

                              Plaintiffs,

-against-

DELTA-SONIC CARWASH SYSTEMS, INC.,

                              Defendant.
-------------------------------------------------------------------X

Docket. No.:
20-CV-00479 (LJV) (HKS)

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Taylor Lennert, MacKenzie Lennert, Adam Tucker, Stephanie Wetzel, Ryen Seyfried, and Christine McConnell ("Plaintiffs"), on the one hand, and Defendant Delta-Sonic Carwash Systems, Inc. ("Defendant") on the other hand, as follows:

       1.     The parties stipulate and agree that Plaintiff Taylor Lennert's Fair Labor Standards Act overtime claim is hereby dismissed with prejudice.

       2.     The parties stipulate and agree that the other remaining claims asserted in the Second Amended Complaint (ECF Doc. No. 47) which have not already been dismissed by the Court's Decision & Order on March 30, 2024 (ECF Doc. No. 66) (the "Remaining State Law Claims") are hereby dismissed without prejudice.

       3.     The parties further stipulate and agree that for purposes of any subsequent action filed by Plaintiffs in the New York State Supreme Court in Erie County, the statute of limitations for the Plaintiffs' Remaining State Law Claims against Defendant is hereby tolled, for purposes of such action in such court, from April 22, 2020 through and including the date such action is filed in the New York State Supreme Court in Erie County, *provided* however that should the Plaintiffs

fail to file any of their Remaining State Law Claims in New York State Supreme Court in Erie County on or before the date that is six months after the date of the filing of this instant stipulation in this Court, or if they file in any court other than the New York State Supreme Court in Erie County, the Plaintiffs will forfeit the benefit of any tolling agreed upon by the parties via this instant stipulation and such tolling shall not occur.

Dated: May 6, 2024

| JOSEPH & NORINSBERG, LLC | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Jon L. Norinsberg, Esq. | Katherine McClung, Esq. |
| Michael R. Minkoff, Esq. | Louis Orbach, Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |